United    States District Court

District of Massachusetts

Civil Action:_____



Vera Lee Buckley Imasuen, Plaintiff


v.

Winn Property Management, et al.

Boston Housing Authority, Defendants


## NOTICE OF REMOVAL

1. Plaintiff is a resident of Roxbury, Massachusetts
2. And a citizen of the  United States.
3. The defendants Winn Property Management
4. Is a resident of Boston and doing business at 233 Blue Hill Avenue, Roxbury, Massachusetts 02119

5. Boston Housing Authority is a City of Boston
6. Government Agency doing business at 56 Chauncy Street, Boston, Massachusetts.

## JURISDICTION

This Court has jurisdiction over this matter pursuant to Federal Housing Civil Rights violations under federal guidelines.

1. I, Vera Lee Buckley Imasuen Petition US District
2. Court for removal state Court "No Fault evictions"
3. Case and reinstate my Section 8 Housing and grant
4. Me Emergency Section 8 federal voucher Certificate
5. That has been denied me by Boston Housing Authority  after 6 years due to unprofessional conduct and American with Disabilities, and racial
6. Bais Civil Rights violations, and BHA lease worker,

7. Ms Soraya Remero PHA employee insubordinations
8. Of BHA rulings and policies.


9. On February 2, 2013 PHA leasing worker, Soraya Remero Was contacted to allow me to move, her personal computer records were not updated.  The "dismissed"

10.     Case for lease violations against me did not

11.     Show in leasing records, so I asked her questions

12.     On my status corrections for communications

13.     Purposes and she was rude and unprofessional

14.     And took things personally and wrote false

15.     Statement to terminate my Section 8 Housing.


16.     I called her to be relocated and the mis-

17.     Understanding came about because she

18.     Was not aware of disability laws protections

19.     In housing and she responded to me with

20.    Racial baises, preconceived ideas that I was

21.    A black person, not me as an individual

22.    Dealing with my disabilities.

23.    Winn reasons for evictions paragraph 16(B)
24.    Of BHA Sect.8 Lease is "no fault eviction "
25.    Proceedings.
26.    5 years I have live at 840#A Shawmut Ave.
27.    Roxbury, MA 02119 I have never been late
28.    On my rent.

I did not receive notice of terminations and I want my

Section 8 back.